IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Crim. Case No.  09-CR-0749-JM |
| Plaintiff, | **ORDER GRANTING CONTINUANCE OF SENTENCING HEARING** |
| vs. | |
| GUSTAVO RAYMOND RUBIO, | |
| Defendant. | |

For good cause shown, **IT IS SO ORDERED** that the sentencing date presently scheduled for October 30, 2009 at 9:00 a.m. be continued to Friday, **December 11, 2009 at 9:00 a.m.**

IT IS SO ORDERED.

DATED: October 29, 2009

_____
Hon. Jeffrey T. Miller
United States District Judge